UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| DHANANJAY PRETAP SINGH, | Cr. 20 CR 516 (MCA) |
| Defendant. | |

Arleo, D.J.:

Singh's motion to extend the date by which he must surrender to the Bureau of Prisons to begin service of his sentence of incarceration is GRANTED. The defendant must surrender to begin service of his sentence as directed by the Bureau of Prisons on or before October 14, 2026. All of the defendant's conditions of release remain unaltered.

It is SO ORDERED.

Dated: August 26, 2026
Newark, New Jersey

HON. MADELINE COX ARLEO
U.S. District Judge